IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 11-cr-40008-JPG |
| TAMMY R. THOMAS, | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Tammy R. Thomas' objection (Doc. 77) to the Court's February 21, 2012, order (Doc. 76) dismissing her motion for a reduction of her criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10.  The Court dismissed her motion for lack of jurisdiction because, since Thomas was already sentenced using emergency U.S.S.G. Amendment 748, Amendment 750, which repromulgated the relevant parts of emergency Amendment 748 without change, did not lower her sentencing range.  The Court construes Thomas' current motion as a motion to reconsider that order.

Thomas' motion misstates the basis for the Court's prior ruling.  The Court did not dismiss the motion because Thomas was subject to a mandatory minimum sentence.  Thus, Thomas' arguments miss the mark and do not persuade the Court that its earlier ruling was incorrect.  Accordingly, the Court **DISMISSES** Thomas' objection (Doc. 77), construed as a motion for reconsideration for **lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED:  March 20, 2012**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**